USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 19-CR-863 (VSB)
:
WILLIAM FELIZ CASILLAS, : ORDER
a/k/a William Felix Casilla :
a/k/a William Casilla :
:
Defendant. :
-----------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It is hereby ORDERED that the defendant in the above captioned case, USM Number 55910-066, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

    SO ORDERED.

Dated: May 4, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge